No. 416. ALWORTH ET AL., TRUSTEES, *v.* COMMISSIONER OF INTERNAL REVENUE. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. E. W. MacPherran* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Warren*

*F. Wattles,* and *Miss Helen R. Carloss* for respondent.

